UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Angalia Bianca
                              Plaintiff,

v.                                                               Case No.: 1:18−cv−07256
                                                                              Honorable John Robert Blakey

University Of Illinois, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 6, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 2/6/2019. Initial MIDP discovery shall be completed by 4/10/2019. Case management conference set for 4/24/2019 at 10:15 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.